IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JAN 21  PM 12: 34

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JUAN TLATENCHI-MIRELES,

Defendant.

4:26CR

INDICTMENT 3005

18 U.S.C. § 111(a)(1)

The Grand Jury charges that:

## COUNT I

On or about January 13, 2026, in the District of Nebraska, the defendant, JUAN TLATENCHI-MIRELES, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: VICTIM 1, who was engaged in the performance of official duties, which acts involved physical contact with VICTIM 1, and the intent to commit another felony.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES ATTORNEY
Plaintiff

LESLEY A. WOODS
United States Attorney

MATT E. LIERMAN
Assistant United States Attorney

1